

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00489-CR

Jonathan Paul **FINCHER** a/k/a Jonathan Fincher,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court 1, Tarrant County, Texas
Trial Court No. 1250605D
The Honorable Sharen Wilson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 25, 2013.

Catherine Stone, Chief Justice